UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CRIMINAL ACTION NO. 3:07CR-93-H

UNITED STATES OF AMERICA                                      PLAINTIFF

V.

DERRICK HAMMOND                                           DEFENDANT

## **MEMORANDUM AND ORDER**

Defendant, Derrick Hammond, has moved for a judgment of acquittal or a new trial on the grounds that the evidence does not support a guilty verdict and that the Court did not instruct the jury as to a lesser included offense.

As to the first argument, the Court finds the evidence sufficient for conviction. The testimony of Theodric McKinney was instrumental in establishing that it was Defendant who had possession of the crack cocaine located under the driver's seat. Defendant cannot gain a new trial simply because he views McKinney's testimony as unreliable. Evidence of the crack cocaine, its location, the money, the drug "tools of the trade", as well as the attempted escape, amount to sufficient evidence supporting conviction. Defendant made every conceivable argument giving the jury rationale grounds to discount this evidence, but to no avail.

As to the second argument, Defendant was not entitled to a lesser included instruction because evidence of the lesser included offense here would be based upon completely different evidence than that necessary to find guilt on the charged conduct. Had the jury believed that the Defendant did not possess the crack, that conclusion would have had no implication for the

separate, but uncharged, crime of possessing cocaine. Similarly, Defendants could deny the crack charges without allowing an influence of his guilt as to the uncharged crime of possessing cocaine. Moreover, there is insufficient evidence in the record for the jury to have believed that the amount of crack the Defendant possessed was only 88 milligrams. This is so because without expert testimony a jury could not simply assume that the 88 milligrams was crack rather than cocaine.

Being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that the Defendant's motion for judgment of acquittal or in the alternative for a new trial (DN#30) is **DENIED.**

Date: January 10, 2008

cc:     Counsel of Record
        United States Probation